4cr171

NF

Dear Judge Garaufis

Hello my name is Dulphine Butler, I'm John LeGroate's mother. My son John was sentenced in your court in August 2005, on conspiracy charges to distribute crack cocaine.

I'm writing you in lieu of the new crack laws and asking that you consider my sons early release. If you recall the case you would realize that John at the time of his arrest had long before the actual arrest stop hanging out with the persons who were actually the targets of the entire investigation, and he was working and attending college. John at that time had turned his life around and was striving to become a productive member of society.

Yes he's made some mistakes in his life, but of course you know me being his mother I believe that if you can find it in your heart to release John early that you won't regret it.

My sons docket number is CR04-171

Sincerely yours
Dulphine Butler

Chambers of
Nicholas G. Garaufis
United States District Judge
225 Cadman Plaza East
Brooklyn, New York 11201

Received in chambers 3/14/08

Ms. Delphine Butler
1440 Castleton Ave
Staten Island N.Y
10302

STATEN ISLAND
NY 103
12 MAR 2008 PM



Honorable Judge Garausin
U.S. District Court
225 Cadman Plaza
Brooklyn New York
11201

11201+1818